# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| A.L.M. HOLDING COMPANY, ERGON ASPHALT & EMULSIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-155 |
| | : | |
| ZYDEX INDUSTRIES PRIVATE LIMITED, ZYDEX INC. | : | |

## ORDER

**AND NOW**, this 6th day of November 2025, upon considering defendants' motion to compel plaintiffs to produce deposition transcripts, videos, and exhibits (DI 110), plaintiffs' response (DI 114), and following our case management videoconference held with all counsel today, it is **ORDERED**:

1. Defendants' motion (DI 110) is **DENIED without prejudice**. As discussed on the conference, the court will gladly assist the parties in determining whether any third parties object to the production of the subject videos, transcripts, and exhibits. To that end, the parties should cooperate in fashioning a proposed order that would have the effect of soliciting any such third-party objections in a timely fashion so that they may be discussed among all counsel and litigated as necessary.

_____
MURPHY, J.